# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR OGUNNIYI,<br><br>                           Plaintiff,<br>   vs.<br><br>SOUTHWEST REGIONAL MAINTENANCE CENTER, et al.,<br><br>                           Defendants. | CASE NO. 14CV2904 BEN (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[Docket No. 8] |

Pro se Plaintiff Victor Ogunniyi has filed a motion to dismiss this action without prejudice. (Docket No. 8.) The motion is **GRANTED**. This action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: June 10, 2015

_____
Hon. Roger T. Benitez
United States District Judge